FILED
08 JUL 31 PM 2:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL    DEPUTY

1  JOHN M. MCCOY III, Cal. Bar No. 166244
   E-mail: mccoyj@sec.gov
2  FINOLA H. MANVELIAN, Cal. Bar No. 180681
   Email: manvelianf@sec.gov
3  JESSICA R. PUATHASNANON, Cal. Bar No. 208074
   E-mail: puathasnanonj@sec.gov
4  WILLIAM G. BERRY, Cal. Bar No. 206348
   E-mail: berryw@sec.gov
5
   Attorneys for Plaintiff
6  Securities and Exchange Commission
   Rosalind R. Tyson, Regional Director
7  Andrew G. Petillon, Associate Regional Director
   5670 Wilshire Boulevard, 11th Floor
8  Los Angeles, California 90036-3648
   Telephone: (323) 965-3998
9  Facsimile: (323) 965-3908

10

11

12              UNITED STATES DISTRICT COURT

13             SOUTHERN DISTRICT OF CALIFORNIA

14

15  SECURITIES AND EXCHANGE              Case No. '08 CV 1390 JAH JMA
16  COMMISSION,
                                         **NOTICE OF INTERESTED
17          Plaintiff,                   PARTIES**

18      vs.

19  JERRY L. BURDICK,

20          Defendant.

21

22

23

24

25

26

27

28

1  TO THE CLERK OF THE COURT AND TO ALL PARTIES:
2      PLEASE TAKE NOTICE that the undersigned, counsel of record for
3  Plaintiff Securities and Exchange Commission, certifies that the following listed
4  party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.

6      <u>Party</u>         <u>Connection</u>
7      Jerry L. Burdick    Defendant

9  These representations are made to enable the Court to evaluate possible
10 disqualification or recusal.

12 DATED: July 31, 2008        Respectfully submitted,

                                      _____
                                      WILLIAM G. BERRY
                                      Attorneys for Plaintiff
                                      Securities and Exchange Commission